[Cite as *In re J.H.*, 2024-Ohio-5767.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## ASHTABULA COUNTY

| | |
|---|---|
| IN THE MATTER OF:<br><br>J.H., JR., J.H., D.H., D.H., AND A.H.,<br>DEPENDENT CHILDREN | **CASE NOS. 2024-A-0093**<br>**2024-A-0094**<br>**2024-A-0095**<br>**2024-A-0096**<br>**2024-A-0097**<br><br><br>Civil Appeals from the<br>Court of Common Pleas,<br>Juvenile Division<br><br><br>Trial Court Nos. 2021 JC 00059<br>2021 JC 00060<br>2021 JC 00061<br>2021 JC 00062<br>2021 JC 00063 |

## M E M O R A N D U M
## O P I N I O N

Decided: December 9, 2024
Judgment: Appeals dismissed

*Michelle Lyn Guzzo*, pro se, PID# W109-591, Northeast Reintegration Center, 2675 East 30th Street, Cleveland, OH 44115 (Appellant).

*Colleen M. O'Toole*, Ashtabula County Prosecutor, 25 West Jefferson Street, Jefferson, OH 44047 (For Appellee, Ashtabula County Children Services Board).

*Tabitha L. Stewart*, P.O. Box 185, Rock Creek, OH 44084 (Guardian Ad Litem).

MATT LYNCH, J.

{¶1} Pending before this Court are the following appeals filed, pro se, by Michelle

Lyn Guzzo: *In re J.H., J.H., D.H., D.H., and A.H.*, 11th Dist. Ashtabula Nos. 2024-A-0093, 2024-A-0094, 2024-A-0095, 2024-A-0096, and 2024-A-0097, filed on November 6, 2024. Guzzo appeals the judgment of the Ashtabula County Court of Common Pleas, Juvenile Division, granting permanent custody of her minor children to the Ashtabula County Children Services Board, filed on October 2, 2024.

{¶2} The Rules of Appellate Procedure provide that "a party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1). "In a civil case, if the clerk has not completed service of notice of the judgment within the three-day period prescribed in Civ.R. 58(B), the 30-day periods referenced in App.R. 4(A)(1) and 4(A)(2) begin to run on the date when the clerk actually completes service." App.R. 4(A)(3).

{¶3} In the present cases, the trial court's docket indicates that copies of the October 2, 2024 Judgment Entry were emailed to counsel for Guzzo on October 2 and sent to Guzzo by certified mail on October 3. Accordingly, the notices of appeal in the present cases were due no later than Friday, November 1, 2024.

{¶4} "The time requirement for filing a notice of appeal is jurisdictional in nature and may not be enlarged by an appellate court." *State v. Hoffman*, 2024-Ohio-3372, ¶ 6 (11th Dist.); *In re H.F.*, 2008-Ohio-6810, ¶ 17 ("App.R. 4 governs the timing of appeals and must be carefully followed because failure to file a timely notice of appeal under App.R. 4(A) is a jurisdictional defect"); *State ex rel. Pendell v. Adams Cty. Bd. of Elections*, 40 Ohio St.3d 58, 60 (1988) ("[w]here a notice of appeal is not filed within the time prescribed by law, the reviewing court is without jurisdiction to consider issues that should

2

have been raised in the appeal").

{¶5}    Accordingly, these appeals are dismissed, sua sponte, as untimely.


EUGENE A. LUCCI, P.J.,

JOHN J. EKLUND, J.,

concur.

Case Nos. 2024-A-0093, 2024-A-0094, 2024-A-0095, 2024-A-0096 and 2024-A-0097